UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bruce A Kaatz,

            Plaintiff(s),

v.                                      Case No. 2:23−cv−10604−LJM−KGA
                                        Hon. Laurie J. Michelson

Kingsbrook M.H.C., LLC, et al.,

            Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Madeleine Stanfield

    The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                KINIKIA D. ESSIX, CLERK OF COURT

                                                By: s/ D. Allen
                                                      Deputy Clerk

Dated:   April 14, 2023