# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| BRUCE KAATZ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-CV-10604 |
| KINGSBROOK M.H.C., LLC, KINGSBROOK MHC- | ) | |
| *Defendant* MICHIGAN LLC, AND HEATHER VIEHMAN | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KINGSBROOK M.H.C., LLC, KINGSBROOK MHC-MICHIGAN LLC, AND HEATHER VIEHMAN.

Date: 04/28/2023

*Attorney's signature*

Jenni M. Scheid (P64886)
*Printed name and bar number*

30833 Northwestern Highway, Suite 120
Farmington Hills, MI 48334

*Address*

jscheid@swistaklevine.com
*E-mail address*

(248) 851-8000
*Telephone number*

(248) 851-3921
*FAX number*