23UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE A. KAATZ,

    Plaintiff,

v.

KINGSBROOK M.H.C., LLC, et al.,

    Defendants.

Case No. 23-10604
Honorable Laurie J. Michelson

**ORDER CANCELLING SCHEDULING CONFERENCE AND SCHEDULING HEARING**

This is a Fair Housing Act dispute involving access to parking spaces at a mobile home park. On July 21, 2023, Plaintiff and the corporate defendants filed a stipulated order to adjourn the scheduling conference to November 30, 2023, because they "have reached an agreement on settlement, the terms of the Settlement Agreement provide 90 days for the parties to perform, and an adjournment of 120 days should be sufficient to allow for the Settlement Agreement to be executed and performed." (ECF No. 22.) Thus, the scheduling conference scheduled for November 30, 2023, is CANCELLED and the parties are directed to submit an order of dismissal with respect to the corporate entities.

Still pending, however, is Plaintiff's motion for default judgment against two individual former employees of the corporate defendants. (ECF No. 23.) The individual defendants oppose the motion. (ECF No. 27.) They explain that they delayed in responding to the complaint because their employer "informed them that

the company would take care of their defense, and that they did not need to hire their own lawyer." (ECF No. 27-1, PageID.210.) Why this did not occur, whether the settlement agreement covers these former employees, and whether Plaintiff would be entitled to additional damages from them is unclear at this point. And these defendants have never moved to set aside the default.

Thus, the Court will hold an in-person hearing on the motion for default judgment on Wednesday, December 6, 2023 at 1:00 p.m.

IT IS SO ORDERED.

Dated: November 17, 2023

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE
