# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Bruce A. Kaatz,<br>  Plaintiff, | Case No. 23-cv-10604 |
| - v - | Hon. Laurie J. Michelson<br>Magistrate Judge Kimberly G. Altman |
| Kingsbrook M.H.C., LLC, et al<br>  Defendants. | |

## STIPULATION AND ORDER TO ADJOURN

It appearing to the Court, based upon signatures below, that counsel for the parties have agreed to adjourn the motion hearing in this matter originally scheduled for December 6, 2023, and there exists good cause to adjourn said hearing (specifically: Plaintiff and Defendants Magar and Stanfield have reached a tentative agreement on settlement, and an adjournment of 60 days should be sufficient to allow for the Settlement Agreement to be executed and performed), and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the Motion Hearing in this matter previously scheduled for December 6, 2023 be adjourned to February 1, 2024 at 3:00 p.m., or such other time as the Court may determine.

Dated: December 4, 2023

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

**The undersigned stipulate to the entry of the above Stipulated Order for the reasons given therein.**

| | |
|---|---|
| LEGAL SERVICES OF EASTERN MICHIGAN<br>Counsel for Plaintiff | WESTBROOK & MAZEY, P.C.<br>Counsel for Defendants |
| By: /s/ *Steven Shelton* (P68652)<br>436 S. Saginaw Street<br>Flint, MI 48502<br>810-991-4820<br>Fax: 810-991-4820<br>SShelton@LSEM-MI.org | By: /s/ *Scott L. Mazey* (P48693)<br>117 S. Main Street<br>P.O. Box 690<br>Almont, MI 48003<br>810-798-0022<br>mazeyscott@gmail.com |
| Dated:  December 4, 2023 | Dated:  December 4, 2023 |