UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE KAATZ,   CASE NO. 23-CV-10604
    Plaintiff,   HON. LAURIE J. MICHELSON

v.   MAG. JUDGE KIMBERLY G. ALTMAN

KINGSBROOK M.H.C., LLC,
(d/b/a "Kingsbrook Estates MHC, LLC"),
KINGSBROOK MHC-MICHIGAN, LLC,
(d/b/a Kingsbrook Estates MHC, LLC)
and MADELEINE STANFIELD,
KELLY MAGAR and HEATHER VIEHMAN,
    Defendants.

**Plaintiff's Attorney**:

Legal Services of Eastern Michigan
Steven E. Shelton, P68652
Nikola Lucic, P79706
436 S. Saginaw Street
Flint, MI 48502
Tel. (810)991-4820
Fax (810)553-9824
Email: SShelton@LSEM-MI.org

**Defendants' Attorneys, for**:
Kingsbrook Estates MHC, LLC,
Kingsbrook MHC-Michigan, LLC,
and Heather Viehman

Swistak Levine, P.C.
By:  Janet Swistak, P24831
30833 Northwestern Hwy., Ste. 120
Farmington Hills, MI 48334
Tel. (248)851-8000
Email: jswistak@swistaklevine.com

**Defendants' Attorneys, for**:
Madeleine Stanfield and Kelly Magar

Westbrook & Mazey, P.C.
By:  Scott L. Mazey, P48693
117 S. Main Street, P.O. Box 690
Almont, MI 48003
Tel. (810)798-0022
Fax (810)798-8285
Email: MazeyScott@gmail.com

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT KELLY MAGAR, ONLY

IT IS HEREBY STIPULATED AND AGREED by Steven E. Shelton, counsel for plaintiff, Bruce A. Kaatz, and by Scott L. Mazey, counsel for defendant Kelly Magar, that this case be dismissed with prejudice and without costs as to defendant Kelly Magar, <u>only</u>.

| | |
|---|---|
| /S/ Steven E. Shelton | /S/ Scott L. Mazey |
| _____ | _____ |
| Steven E. Shelton, P68652 | Scott L. Mazey, P48693 |
| Attorney for Plaintiff | Attorney for Defendant Magar |
| Dated: 12/14/2023 | Dated: 12/14/2023 |

Upon reading the above Stipulation of counsel, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs as to defendant Kelly Magar, only.

Dated: December 15, 2023

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE
