# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Bruce A. Kaatz,<br>  Plaintiff, | Case No. 23-cv-10604 |
| - v - | Hon. Laurie J. Michelson<br>Magistrate Judge Kimberly G Altman |
| Kingsbrook M.H.C., LLC, et al<br>  Defendants. | |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE AS TO DEFENDANTS KINGSBROOK M.H.C., L.L.C; KINGSBROOK MHC-MICHIGAN, LLC; AND HEATHER VIEHMAN

It appearing to the Court, based upon signatures below, that a settlement has been reached in this matter and counsel for the parties have agreed to dismissal of this matter as to Defendants Kingsbrook M.H.C., L.L.C; Kingsbrook MHC-Michigan, LLC; and Heather Viehman,

IT IS HEREBY ORDERED that this case be dismissed with prejudice and without costs as to Defendants Kingsbrook M.H.C., L.L.C; Kingsbrook MHC-Michigan, LLC; and Heather Viehman only.

Dated: January 31, 2024

            s/Laurie J. Michelson
            LAURIE J. MICHELSON
            UNITED STATES DISTRICT JUDGE

**The undersigned stipulate to the entry of the above Stipulated Order for the reasons given therein.**

| | |
|---|---|
| LEGAL SERVICES OF EASTERN MICHIGAN<br>Counsel for Plaintiff | SWISTAK & LEVINE, P.C.<br>Counsel for Defendants |
| By: /s/ *Steven Shelton* (P68652)<br>436 S. Saginaw Street<br>Flint, MI 48502<br>810-991-4820<br>Fax: 810-991-4820<br>SShelton@LSEM-MI.org | By: /s/ *Janet Swistak* (P24831)<br>30833 Northwestern Highway<br>Suite 120<br>Farmington Hills, MI 48334<br>248-851-8000<br>jswistak@swistaklevine.com |
| Dated: January 31, 2024 | Dated: January 31, 2024 |